JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA VALDIVIA,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 5:18-cv-02458-JFW (KKx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 28, 2019

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE